**FILED**
**4/22/2021**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HERBERT GARY | No. **1:21-CR-00253**<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**JUDGE DURKIN**<br>**MAGISTRATE JUDGE FINNEGAN** |

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about June 19, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

HERBERT GARY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Bersa BP9CC semi-automatic pistol bearing serial number E19017, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Bersa BP9CC semi-automatic pistol bearing serial number E19017, magazine, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Timothy J. Storino on behalf of
UNITED STATES ATTORNEY